# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Sidney Noel Hoffman **,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:13-cv-00712-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Randall Lee **,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 30, 2014 Order.

April 30, 2014

_Frank G. John_

Frank G. Johns, Clerk
United States District Court